## THE STATE v. WRIGHT.

[No. 19,712.   Filed November 20, 1902.]

From Marion Criminal Court; *Fremont Alford*, Judge.

Frank M. Wright was prosecuted for filling certain trade-marked bottles. From a judgment quashing the indictment, the State appeals. *Appeal dismissed.*

*W. L. Taylor*, Attorney-General, *Merrill Moores, C. C. Hadley, J. C. Ruckelshaus, J. B. Kealing, M. M. Hugg, W. W. Woollen* and *Evans Woollen*, for State.

MONKS, J.—The questions presented in this case are the same as those presented and decided in *State* v. *Wright, ante*, 422, and upon the authority of that case the appeal is dismissed.

## THE STATE v. SAGALOWSKY.

[No. 19,715.   Filed November 25, 1902.]

From Marion Criminal Court; *Fremont Alford*, Judge.

Isaac Sagalowsky was prosecuted for filling certain trade-marked bottles. From a judgment quashing the indictment, the State appeals. *Appeal dismissed.*

*W. L. Taylor*, Attorney-General, *Merrill Moores, C. C. Hadley, J. C. Ruckelshaus, J. B. Kealing, M. M. Hugg, W. W. Woollen* and *Evans Woollen*, for State.

MONKS, J.—The questions presented by the record in this case are the same as those presented and decided in *State* v. *Barnett, ante*, 432, and on the authority of that case the appeal is dismissed.

## THE STATE v. WRIGHT.

[No. 19,713.   Filed December 10, 1902.]

From Marion Criminal Court; *Fremont Alford*, Judge.

Frank M. Wright was prosecuted for filling certain trade-marked bottles. From a judgment quashing the indictment, the State appeals. *Appeal dismissed.*

*W. L. Taylor*, Attorney-General, *Merrill Moores, C. C. Hadley, J. C. Ruckelshaus, J. B. Kealing, M. M. Hugg, W. W. Woollen* and *Evans Woollen*, for State.

MONKS, J.—The questions presented in this case are the same as those presented and decided in *State* v. *Wright, ante*, 422, and upon the authority of that case the appeal is dismissed.